IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   :<br>     Plaintiff,   :<br>                                           :<br>v.   :<br>   :<br>ONE RUGER, MODEL BLACKHAWK,   :<br>.44 CALIBER REVOLVER,   :<br>SERIAL NUMBER 81-97453,   :<br>     First-Named Defendant Property,   :  | CASE NO.: 5:12-CV-514 (MTT) |

**UNITED STATES OF AMERICA,**
     Plaintiff,

v.

**ONE RUGER, MODEL BLACKHAWK,
.44 CALIBER REVOLVER,
SERIAL NUMBER 81-97453,**
     First-Named Defendant Property,

**ONE RUGER, MODEL VAQUERO,
.45 CALIBER REVOLVER,
SERIAL NUMBER 58-17207,**
     Second-Named Defendant Property,

**ONE WINCHESTER, MODEL 1400 MKII,
12 GAUGE SHOTGUN,
SERIAL NUMBER N584598,**
     Third-Named Defendant Property,

**ONE WINCHESTER, MODEL 1400 MKII,
12 GAUGE SHOTGUN,
SERIAL NUMBER N583960,**
     Fourth-Named Defendant Property,

**ONE MOSSBERG, MODEL 500 A,
12 GAUGE SHOTGUN,
SERIAL NUMBER P687533,**
     Fifth-Named Defendant Property,

**ONE REMINGTON ARMS COMPANY, INC.,
MODEL 7400, 30-06 RIFLE,
SERIAL NUMBER B8182615,**
     Sixth-Named Defendant Property,

**ONE WINCHESTER, MODEL 100,
.308 CALIBER RIFLE,
SERIAL NUMBER A258464,**
     Seventh-Named Defendant Property,

**CASE NO.: 5:12-CV-514 (MTT)**

| | |
|---|---|
| **ONE WINCHESTER, MODEL 94,** | : |
| **.30-30 LEVER ACTION RIFLE,** | : |
| **SERIAL NUMBER GS31421,** | : |
|     **Eighth-Named Defendant Property,** | : |
| | : |
| **ONE MARLIN FIREARMS CO.,** | : |
| **MODEL 39M, .22 RIFLE,** | : |
| **SERIAL NUMBER 7188262, AND** | : |
|     **Ninth-Named Defendant Property,** | : |
| | : |
| **ONE MARLIN FIREARMS CO.,** | : |
| **MODEL 30/30, .30/30 RIFLE,** | : |
| **SERIAL NUMBER U1508,** | : |
|     **Tenth-Named Defendant Property.** | : |
| | : |

**DEFAULT JUDGMENT OF FORFEITURE
AND FINAL ORDER OF FORFEITURE**

A Clerk's Entry of Default having been entered on September 19, 2013, in the above case, in accordance with Rule 55(a) [not Rule 55(b)(1) as the Plaintiff put in its proposed order] of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the Second through the Tenth-Named Defendant Properties, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered pursuant to Fed. R. Civ. P. 55(b)(2) as follows:

All right, title, and interest in the Second through the Tenth-Named Defendant Properties are hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated in the Middle District of Georgia this 15th day of October, 2013.

                                        <u>S/ Marc T. Treadwell</u>
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.   052683